# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| TOM HUSSEY,<br><br>        Plaintiff,<br><br>v.<br><br>DATA SOFTWARE SERVICES, LLC DBA ELEAD1ONE,<br><br>        Defendant. | Civil Action File No.<br>7:10-cv-00044-WLS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff TOM HUSSEY and Defendant DATA SOFTWARE SERVICES, LLC DBA ELEAD1ONE, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated:  August 22, 2019                           Respectfully submitted,


/s/  Joel B. Rothman                              /s/ Christina M. Baugh
JOEL B. ROTHMAN                                   CHRISTINA M. BAUGH
Georgia Bar No. 979716                            Georgia Bar No. 241880
joel.rothman@sriplaw.com                          christina.baugh@btlaw.com

                                                  **BARNES & THORNBURG LLP**
**SRIPLAW**                                       3475 Piedmont Street
21301 Powerline Road                              Suite 1700
Suite 100                                         Atlanta, GA 30305
Boca Raton, FL 33433                              404-264-4026 - Telephone
561.404.4350 – Telephone                          404-264-4033 - Facsimile
561.404.4353 – Facsimile

                                                  *Counsel for Defendant Data Software*
*Counsel for Plaintiff Tom Hussey*                *Services, LLC dba ELEAD1ONE*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on August 22, 2019, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

> */s/Joel B. Rothman*
> Joel B. Rothman

## SERVICE LIST

Ms. Christina M. Baugh
Barnes & Thornburg LLP
3475 Piedmont Street
Suite 1700
Atlanta, GA 30305
christina.baugh@btlaw.com
Attorney for Data Software Services, LLC dba ELEAD1ONE