IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TOM HUSSEY, | * |
|        Plaintiff, | * |
| v. | Case No. 7:19-CV-44(WLS) |
| | * |
| DATA SOFTWARE SERVICES, LLC d/b/a ELEAD1ONE, | * |
|        Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 26, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 26th day of August, 2019.

                              David W. Bunt, Clerk

                              s/ S. B. DeCesare, Deputy Clerk